C-13-15(a)Motion
(Rev. 10/06)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| In Re: | ) | **Motion and Notice** |
| DEMIS, HOYT xxx-xx-4890 | ) | **Chapter 13** |
| DEMIS, LORI COUCH xxx-xx-3765 | ) | |
| 2101 SHADY OAK LANE | ) | No:   14-11298   C-13G |
| ARCHDALE, NC 27263 | ) | |
| Debtors | ) | |

The undersigned Standing Trustee respectfully moves the Court for an Order as follows:

This Plan was confirmed February 3, 2015.  The Order Confirming the Plan establishes unsecured claims into Class A claims representing claims where the female Debtor is either individually or jointly liable; Class B claims where the male Debtor is either individually or jointly liable; and Class C claims where the male Debtor and female Debtor are jointly liable.  The Trustee is informed and believes that the filed unsecured non-priority claims should be classified as follows:

## CLASS A CLAIMS

| Court# | Trustee# | Claimant | Amount |
|---|---|---|---|
| 1-1 | 19 | DISCOVER PERSONAL LOANS | $ 12,951.49 |
| 3-1 | 20 | DISCOVER BANK | $ 9,618.15 |
| 4-1 | 26 | DEPT STORES NATIONAL BANK/MACYS | $ 186.68 |
| 7-1 | 11 | INTERNAL REVENUE SERVICE | $ 33,872.30 |
| 8-2 | 4 | AMERICAN HONDA FINANCE CORP | $ 6,821.67 |
| 12-1 | 21 | FIRST BANK | $ 35,080.94 |
| 18-1 | 14 | CERASTES LLC | $ 2,970.19 |
| 20-1 | 16 | COMENITY CAPITAL BANK/PAYPAL CREDIT | $ 1,432.31 |
| 21-1 | 15 | BEESON HARDWARE CO INC | $ 1,535.66 |
| 23-1 | 47 | N C DEPARTMENT OF REVENUE | $ 24,378.89 |
| | | | $ 128,848.28 |

## CLASS B CLAIMS

| Court# | Trustee# | Claimant | Amount |
|---|---|---|---|
| 7-1 | 11 | INTERNAL REVENUE SERVICE | $ 33,872.30 |
| 10-1 | 25 | JEFF WEBSTER & LEANNE WEBSTER | $ 160,000.00 |
| 12-1 | 21 | FIRST BANK | $ 35,080.94 |
| 13-1 | 45 | FIRST BANK | $ 38,398.05 |
| 14-1 | 44 | FIRST BANK | $ 32,685.05 |
| 15-1 | 43 | FIRST BANK | $ 28,624.41 |
| 19-1 | 28 | MAJESTIC FLOOR COVERING LLC | $ 39,273.40 |
| 23-1 | 47 | N C DEPARTMENT OF REVENUE | $ 24,378.89 |
| | | | $ 392,313.04 |

## CLASS C CLAIMS

| Court# | Trustee# | Claimant | Amount |
|---|---|---|---|
| 7-1 | 11 | INTERNAL REVENUE SERVICE | $ 33,872.30 |
| 12-1 | 21 | FIRST BANK | $ 35,080.94 |
| 23-1 | 47 | N C DEPARTMENT OF REVENUE | $ 24,378.89 |
| | | | $ 93,332.13 |

DEMIS, HOYT
DEMIS, LORI COUCH
CASE NO 14-11298
PAGE 2

The Trustee recommends that an Order be entered establishing Class A claims, Class B claims, and Class C claims as indicated above.

Date:   May 14, 2015                                                            s/Anita Jo Kinlaw Troxler_____
AJKT:lac                                                                        Standing Trustee

----------------------------------------------------------------------------------------------------------------------------------

## NOTICE

TAKE NOTICE THAT any interested party who has an objection to the Motion MUST FILE A WRITTEN OBJECTION on or before __June 15, 2015____ with the parties named on the attached Parties To Be Served list and with the U.S. Bankruptcy Court at the following address:

*101 S. Edgeworth Street*
*Greensboro, NC 27401*

If no objections are filed within the time period, the Court will consider this motion without a hearing.  If objections are timely filed, a hearing on the motion will be held on __July 7, 2015____ at 2:00 p.m., in the following location:

*Courtroom #1*
*Second Floor*
*101 S. Edgeworth Street*
*Greensboro, NC 27401*

Date:  **May 15, 2015**                                                       OFFICE OF THE CLERK
                                                                               U.S. Bankruptcy Court

<u>PARTIES TO BE SERVED</u>
PAGE 1 OF 2
14-11298 C-13G

ANITA JO KINLAW TROXLER
STANDING TRUSTEE
PO BOX 1720
GREENSBORO NC 27401-1720

HOYT DEMIS
LORI COUCH DEMIS
2101 SHADY OAK LANE
ARCHDALE, NC 27263

JAMES L TENNANT ESQ
P O BOX 4585
ARCHDALE, NC 27263

DISCOVER FINANCIAL SERVICES LLC
ATTN MANAGING AGENT
P O BOX 3025
NEW ALBANY OH 43054

MATTHEW L UNDERWOOD ESQ
BROCK & SCOTT PLLC
5121 PARKWAY PLAZA BLVD STE 300
CHARLOTTE NC 28217

DISCOVER PERSONAL LOANS
ATTN MANAGING AGENT
P O BOX 30954
SALT LAKE CITY, UT 84130

DEPT STORES NATL BANK/MACYS
ATTN MANAGING AGENT
P O BOX 8053
MASON, OH 45040

WELLS FARGO BANK NA
ATTN MANAGING AGENT
P O BOX 19657
IRVINE CA 92623-9657

INTERNAL REVENUE SERVICE
P O BOX 7346
PHILADELPHIA PA 19101

RECOVERY MGMT SYSTEMS CORP
ATTN MANAGING AGENT
25 SE 2ND AVE STE 1120
MIAMI, FL 33131-1605

ALLY FINANCIAL
ATTN MANAGING AGENT
P O BOX 130424
ROSEVILLE MN 55113

SETERUS INC
ATTN MANAGING AGENT
P O BOX 2008
GRAND RAPIDS MI 49501 2008

CERASTES LLC
% WEINSTEIN & RILEY PS
2001 WESTERN AVE STE 400
SEATTLE WA 98121

MAJESTIC FLOOR COVERING LLC
% CARRUTHERS & ROTH
P O BOX 540
GREENSBORO NC 27402

DISCOVER BANK
DB SERVICING CORP
P O BOX 3025
NEW ALBANY, OH 43054

AMERICAN HONDA FINANCE CORP
ATTN MANAGING AGENT
NATIONAL BANKRUPTCY CENTER
P O BOX 168088
IRVING, TX 75016-8088

FIRST BANK
ATTN MANAGING AGENT
P O BOX 508
TROY, NC 27371

PARTIES TO BE SERVED
PAGE 2 OF 2
14-11298 C-13G


JEFF WEBSTER & LEANNE WEBSTER
% DURANT M GLOVER ESQ
P O BOX 1799
GREENSBORO, NC 27402-1799

BEESON HARDWARE CO INC
ATTN MANAGING AGENT
P O BOX 1390
HIGH POINT, NC 27261-1390

COMENITY CAPITAL BANK/PAYPAL CREDIT
% WEINSTEIN & RILEY PS
2001 WESTERN AVE STE 400
SEATTLE, WA 98124-3978

N C DEPARTMENT OF REVENUE
BANKRUPTCY UNIT
P O BOX 1168
RALEIGH, NC 27602-1168