C-13-15(a)Motion
(Rev. 10/06)

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF NORTH CAROLINA**

| | | | |
|---|---|---|---|
| In Re: | ) | **Motion and Notice** | |
| DEMIS, HOYT    xxx-xx-4890 | ) | **Chapter 13** | |
| DEMIS, LORI COUCH    xxx-xx-3765 | ) | | |
| 2101 SHADY OAK LANE | ) | No:   14-11298   C-13G | |
| ARCHDALE, NC 27263 | ) | | |
| Debtors | ) | | |

The undersigned Standing Trustee respectfully moves the Court for an Order as follows:

      This Plan was confirmed February 3, 2015.  The Order confirming the Plan contains a typographical error in reference to the Debtors' Plan payment.  The Plan payment was scheduled to be $2,350.00 effective December 5, 2014, increasing to $2,705.00 per month effective February 2015.  The Order confirming the Plan incorrectly indicates the increase to be to $1,705.00 per month effective February 2015.  The Debtors have been paying the correct payment of $2,705.00 per month.  The Trustee recommends that an Order be entered modifying the Order confirming the Plan to indicate the increase in Plan payment effective February 2015 to be to a payment of $2,705.00 per month.


Date:  May 14, 2015                                                                                                                s/Anita Jo Kinlaw Troxler
AJKT:lac                                                                                                                              Standing Trustee

---

**NOTICE**

TAKE NOTICE THAT any interested party who has an objection to the Motion MUST FILE A WRITTEN OBJECTION on or before   June 15, 2015   with the parties named on the attached Parties To Be Served list and with the U.S. Bankruptcy Court at the following address:

*101 S. Edgeworth Street*
*Greensboro, NC 27401*

If no objections are filed within the time period, the Court will consider this motion without a hearing.  If objections are timely filed, a hearing on the motion will be held on   July 7, 2015   at 2:00 p.m., in the following location:

*Courtroom #1*
*Second Floor*
*101 S. Edgeworth Street*
*Greensboro, NC 27401*

Date:  **May 15, 2015**                                                                                                       OFFICE OF THE CLERK
                                                                                                                                            U.S. Bankruptcy Court

<u>PARTIES TO BE SERVED</u>
PAGE 1 OF 1
14-11298 C-13G

ANITA JO KINLAW TROXLER
STANDING TRUSTEE
PO BOX 1720
GREENSBORO NC 27401-1720

HOYT DEMIS
LORI COUCH DEMIS
2101 SHADY OAK LANE
ARCHDALE, NC 27263

JAMES L TENNANT ESQ
P O BOX 4585
ARCHDALE, NC 27263

DISCOVER FINANCIAL SERVICES LLC
ATTN MANAGING AGENT
P O BOX 3025
NEW ALBANY OH 43054

MATTHEW L UNDERWOOD ESQ
BROCK & SCOTT PLLC
5121 PARKWAY PLAZA BLVD STE 300
CHARLOTTE NC 28217

DISCOVER PERSONAL LOANS
ATTN MANAGING AGENT
P O BOX 30954
SALT LAKE CITY, UT 84130

DEPT STORES NATL BANK/MACYS
ATTN MANAGING AGENT
P O BOX 8053
MASON, OH 45040

WELLS FARGO BANK NA
ATTN MANAGING AGENT
P O BOX 19657
IRVINE CA 92623-9657

INTERNAL REVENUE SERVICE
P O BOX 7346
PHILADELPHIA PA 19101

RECOVERY MGMT SYSTEMS CORP
ATTN MANAGING AGENT
25 SE 2ND AVE STE 1120
MIAMI, FL 33131-1605

ALLY FINANCIAL
ATTN MANAGING AGENT
P O BOX 130424
ROSEVILLE MN 55113

SETERUS INC
ATTN MANAGING AGENT
P O BOX 2008
GRAND RAPIDS MI 49501 2008

WEINSTEIN & RILEY PS
2001 WESTERN AVE STE 400
SEATTLE WA 98121

CARRUTHERS & ROTH
P O BOX 540
GREENSBORO NC 27402