**SO ORDERED.**

**SIGNED this 19th day of June, 2015.**



_____
BENJAMIN A. KAHN
UNITED STATES BANKRUPTCY JUDGE

_____

C-13-15A(Order)
(Rev. 11/06)

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF NORTH CAROLINA

| | | | | |
|---|---|---|---|---|
| In Re: | ) | | | |
| DEMIS, HOYT | xxx-xx-4890 | ) | | |
| DEMIS, LORI COUCH | xxx-xx-3765 | ) | | |
| 2101 SHADY OAK LANE | | ) | No: 14-11298 | C-13G |
| ARCHDALE, NC 27263 | | ) | | |
| Debtors | | ) | | |

### ORDER

This matter coming before the Court upon the Motion of Anita Jo Kinlaw Troxler, Trustee for the above-referenced Debtors for an Order to be entered establishing Class A claims, Class B claims, and Class C claims; and there being no filed objection to the Motion within the time period set forth in the Notice issued on May 15, 2015 by the Clerk of Court setting June 15, 2015**,** as the deadline for filing objections to the Motion and the Court, after considering the Motion, finds the Motion should be allowed; therefore, it is

ORDERED that pursuant to the Order Confirming the Plan, Class A claims, Class B claims, and Class C claims are established as indicated below:

**CLASS A CLAIMS**

| Court# | Trustee# | Claimant | Amount |
|---|---|---|---|
| 1-1 | 19 | DISCOVER PERSONAL LOANS | $ 12,951.49 |
| 3-1 | 20 | DISCOVER BANK | $ 9,618.15 |
| 4-1 | 26 | DEPT STORES NATIONAL BANK/MACYS | $ 186.68 |
| 7-1 | 11 | INTERNAL REVENUE SERVICE | $ 33,872.30 |
| 8-2 | 4 | AMERICAN HONDA FINANCE CORP | $ 6,821.67 |
| 12-1 | 21 | FIRST BANK | $ 35,080.94 |
| 18-1 | 14 | CERASTES LLC | $ 2,970.19 |
| 20-1 | 16 | COMENITY CAPITAL BANK/PAYPAL CREDIT | $ 1,432.31 |
| 21-1 | 15 | BEESON HARDWARE CO INC | $ 1,535.66 |
| 23-1 | 47 | N C DEPARTMENT OF REVENUE | $ 24,378.89 |
| | | | $128,848.28 |

## CLASS B CLAIMS

| Court# | Trustee# | Claimant | Amount |
|---|---|---|---|
| 7-1 | 11 | INTERNAL REVENUE SERVICE | $ 33,872.30 |
| 10-1 | 25 | JEFF WEBSTER & LEANNE WEBSTER | $ 160,000.00 |
| 12-1 | 21 | FIRST BANK | $ 35,080.94 |
| 13-1 | 45 | FIRST BANK | $ 38,398.05 |
| 14-1 | 44 | FIRST BANK | $ 32,685.05 |
| 15-1 | 43 | FIRST BANK | $ 28,624.41 |
| 19-1 | 28 | MAJESTIC FLOOR COVERING LLC | $ 39,273.40 |
| 23-1 | 47 | N C DEPARTMENT OF REVENUE | $ 24,378.89 |
|  |  |  | $ 392,313.04 |

## CLASS C CLAIMS

| Court# | Trustee# | Claimant | Amount |
|---|---|---|---|
| 7-1 | 11 | INTERNAL REVENUE SERVICE | $ 33,872.30 |
| 12-1 | 21 | FIRST BANK | $ 35,080.94 |
| 23-1 | 47 | N C DEPARTMENT OF REVENUE | $ 24,378.89 |
|  |  |  | $ 93,332.13 |

END OF DOCUMENT

PARTIES TO BE SERVED
PAGE 1 OF 2
14-11298 C-13G

ANITA JO KINLAW TROXLER
STANDING TRUSTEE
PO BOX 1720
GREENSBORO NC 27401-1720

HOYT DEMIS
LORI COUCH DEMIS
2101 SHADY OAK LANE
ARCHDALE, NC 27263

JAMES L TENNANT ESQ
P O BOX 4585
ARCHDALE, NC 27263

DISCOVER FINANCIAL SERVICES LLC
ATTN MANAGING AGENT
P O BOX 3025
NEW ALBANY OH 43054

MATTHEW L UNDERWOOD ESQ
BROCK & SCOTT PLLC
5121 PARKWAY PLAZA BLVD STE 300
CHARLOTTE NC 28217

DISCOVER PERSONAL LOANS
ATTN MANAGING AGENT
P O BOX 30954
SALT LAKE CITY, UT 84130

DEPT STORES NATL BANK/MACYS
ATTN MANAGING AGENT
P O BOX 8053
MASON, OH 45040

WELLS FARGO BANK NA
ATTN MANAGING AGENT
P O BOX 19657
IRVINE CA 92623-9657

INTERNAL REVENUE SERVICE
P O BOX 7346
PHILADELPHIA PA 19101

RECOVERY MGMT SYSTEMS CORP
ATTN MANAGING AGENT
25 SE 2ND AVE STE 1120
MIAMI, FL 33131-1605

ALLY FINANCIAL
ATTN MANAGING AGENT
P O BOX 130424
ROSEVILLE MN 55113

SETERUS INC
ATTN MANAGING AGENT
P O BOX 2008
GRAND RAPIDS MI 49501 2008

CERASTES LLC
% WEINSTEIN & RILEY PS
2001 WESTERN AVE STE 400
SEATTLE WA 98121

MAJESTIC FLOOR COVERING LLC
% CARRUTHERS & ROTH
P O BOX 540
GREENSBORO NC 27402

DISCOVER BANK
DB SERVICING CORP
P O BOX 3025
NEW ALBANY, OH 43054

AMERICAN HONDA FINANCE CORP
ATTN MANAGING AGENT
NATIONAL BANKRUPTCY CENTER
P O BOX 168088
IRVING, TX 75016-8088

FIRST BANK
ATTN MANAGING AGENT
P O BOX 508
TROY, NC 27371

<u>PARTIES TO BE SERVED</u>
PAGE 2 OF 2
14-11298 C-13G

JEFF WEBSTER & LEANNE WEBSTER
% DURANT M GLOVER ESQ
P O BOX 1799
GREENSBORO, NC 27402-1799

BEESON HARDWARE CO INC
ATTN MANAGING AGENT
P O BOX 1390
HIGH POINT, NC 27261-1390

COMENITY CAPITAL BANK/PAYPAL CREDIT
% WEINSTEIN & RILEY PS
2001 WESTERN AVE STE 400
SEATTLE, WA 98124-3978

N C DEPARTMENT OF REVENUE
BANKRUPTCY UNIT
P O BOX 1168
RALEIGH, NC 27602-1168