C-13-15(c)(ECF)
(Rev. 11/04)

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF NORTH CAROLINA**

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | **Motion and Order** |
| Demis, Hoyt        xxx-xx-4890 | ) | **Chapter 13** |
| Demis, Lori Couch    xxx-xx-3765 | ) | |
| 2101 Shady Oak Lane | ) | |
| Archdale, NC 27263 | ) | No: 14-11298  C-13G |
| Debtors. | ) | |

The undersigned Standing Trustee respectfully moves the Court for an order as follows:

This Plan was confirmed February 3, 2015.  Pursuant to the terms of the Order confirming the Plan, real property commonly known as 479 James Court, High Point, North Carolina ("real property"), is to be released for liquidation upon the filing of a claim by the lienholder against the real property if the real property is not sold by June 30, 2015.  Seterus, Inc., has filed a claim evidencing a lien against the real property.  The Trustee is informed and believes that the real property has not been sold as of June 30, 2015.  The Trustee recommends that an Order be entered modifying the Section 362 Stay as to the real property and Seterus, Inc., with the real property released for liquidation and Seterus, Inc., allowed 180 days to file a documented deficiency claim based on liquidation of the real property.

Date:  July 1, 2015                                             s/Anita Jo Kinlaw Troxler
AJKT:pw                                                        Standing Trustee
--------------------------------------------------------------------------------------------------------------------------

**ORDER**

Upon motion of the Standing Trustee and for good cause shown, it is

ORDERED that the relief as requested and recommended by the Standing Trustee is hereby granted and the Section 362 Stay modified as to the real property and Federal National Mortgage with the real property released

for liquidation and Federal National Mortgage allowed 180 days to file a documented deficiency claim based on liquidation of the real property; and, it is further

ORDERED that the Clerk mail a copy of this Motion and Order to each of the parties on the attached Parties to be Served list.

END OF DOCUMENT

<u>PARTIES TO BE SERVED</u>
PAGE 1 OF 1
14-11298 C-13G


ANITA JO KINLAW TROXLER
STANDING TRUSTEE
PO BOX 1720
GREENSBORO NC 27402-1720

HOYT DEMIS
LORI COUCH DEMIS
2101 SHADY OAK LANE
ARCHDALE NC 27263

JAMES L TENNANT ESQ
10821 N MAIN STREET
PO BOX 4585
ARCHDALE NC 27263

SETERUS INC
ATTN MANAGING AGENT
P O BOX 2008
GRAND RAPIDS MI 49501 2008

SEAN M CORCORAN ESQ
BROCK & SCOTT PLLC
5121 PARKWAY PLAZA BLVD
CHARLOTTE NC 28217